No. 84–320.    NATIONAL FARMERS UNION INSURANCE COS. ET AL. *v.* CROW TRIBE OF INDIANS ET AL.    C. A. 9th Cir.    [Certiorari granted, *ante*, p. 1032.]    Motion of Salt River Project Agricultural Improvement and Power District et al. for leave to file a brief as *amici curiae* granted.    Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.    Motion of Montana for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 84–433.    SCHOOL COMMITTEE OF THE TOWN OF BURLINGTON, MASSACHUSETTS, ET AL. *v.* DEPARTMENT OF EDUCATION OF MASSACHUSETTS ET AL.    C. A. 1st Cir.    [Certiorari granted, *ante*, p. 1071.]    Motion of respondents for divided argument granted.

No. 84–468.    CITY OF CLEBURNE, TEXAS, ET AL. *v.* CLEBURNE LIVING CENTER, INC., ET AL.    C. A. 5th Cir.    [Certiorari granted, *ante*, p. 1016.]    Motion of Texas et al. for leave to participate in oral argument as *amici curiae*, for divided argument, and for additional time for oral argument denied.    Motions of Disabled Peoples' International et al., American Association on Mental Deficiency et al., National Conference of Catholic Charities et al., Disability Rights Education & Defense Fund, and American Civil Liberties Union Foundation et al. for leave to file briefs as *amici curiae* granted.

No. 84–510.    ASPEN SKIING CO. *v.* ASPEN HIGHLANDS SKIING CORP.    C. A. 10th Cir.    [Certiorari granted, *ante*, p. 1071.]    Motion of American Airlines, Inc., for leave to file a brief as *amicus curiae* granted.